# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ramos, Edgardo | **2. Court or Organization**<br><br>United States District Court, Southern District of New York | **3. Date of Report**<br><br>08/11/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Foley Square
Suite 410
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Chair | Harvard Law Latino Alumni Committee |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. -JP Morgan Chase Checking and Savings accounts | A | Interest | K | T | | | | | |
| 2. -People's Bank Checking and Savings accounts | A | Interest | K | T | | | | | |
| 3. -Bank of America Checking and Savings accounts | A | Interest | J | T | | | | | |
| 4. -Bank of America Checking and Savings (X) | A | Interest | M | T | | | | | |
| 5. | | | | | | | | | |
| 6. -Schwab Retirement Account | | | | | | | | | |
| 7. -T. Rowe Price Retirement 2025 | A | Dividend | O | T | | | | | |
| 8. | | | | | | | | | |
| 9. TIAA CREF Retirement Accounts | | | | | | | | | |
| 10. - TIAA Traditional | A | Dividend | M | T | | | | | |
| 11. - CREF Stock | A | Dividend | M | T | | | | | |
| 12. - CREF Equity Index | A | Dividend | K | T | | | | | |
| 13. - CREF Global Equities | A | Dividend | L | T | | | | | |
| 14. --CREF Bond Market | A | Dividend | K | T | | | | | |
| 15. - CREF Inflation-Linked Bond | A | Dividend | J | T | | | | | |
| 16. - CREF Money Market Fund | A | Dividend | J | T | | | | | |
| 17. -Fidelity Retirement Account | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 19.   - Fidelity Intermediate Government Income fund | A | Dividend | J | T | | | | | |
| 20.   -Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 21.   -JPMCB SR DRE 2030 CF | A | Dividend | K | T | | | | | |
| 22.   -JPMCB SR DRE 2025 CF | A | Dividend | N | T | | | | | |
| 23.   - Harbor International Instl CL | A | Dividend | J | T | | | | | |
| 24.   -MIP II CL 2 | A | Dividend | N | T | | | | | |
| 25.   -FID 500 Index IPR | A | Dividend | M | T | | | | | |
| 26.   -TRP Equity Income | A | Dividend | K | T | | | | | |
| 27.   -WT CIF II CR PL BD I | A | Dividend | K | T | | | | | |
| 28.   -Van Real EST Inx Adm | A | Dividend | J | T | | | | | |
| 29.   -Rothchild SMCP Core | A | Dividend | K | T | | | | | |
| 30.   -CT Higher Education Trust Moderate Managed Allocation | | None | K | T | Distributed (part) | 04/23/19 | J | | |
| 31.   -Vanguard U.S. Growth Fund UTMA (Y) | | | | | | | | | |
| 32. | | | | | | | | | |
| 33.   Brokerage Account # 1 | | | | | | | | | |
| 34.   - ML Bank Deposit Program | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -7.0% GNMA Bond (X) | B | Interest | K | T | | | | | |
| 36. -5.35% GNMA Bond (X) | B | Interest | K | T | | | | | |
| 37. -5.37% GNMA Bond (X) | B | Interest | K | T | | | | | |
| 38. -5.37% GNMA Bond (X) | B | Interest | K | T | | | | | |
| 39. -5.38% GNMA Bond (X) | B | Interest | K | T | | | | | |
| 40. -5.38% GNMA Bond (X) | B | Interest | K | T | | | | | |
| 41. -5.0 % LA County CA Bond 8/1/22 (X) | A | Interest | J | T | | | | | |
| 42. -5.25% MA GOBD Bond 8/1/22 (X) | A | Interest | J | T | | | | | |
| 43. -5.0% Orange County FL Bond 8/1/27 (X) | A | Interest | K | T | | | | | |
| 44. -5.0% MD GO Bond 3/1/26 (X) | A | Interest | J | T | | | | | |
| 45. -5.0% UT Bond 7/1/24 (X) | A | Interest | J | T | | | | | |
| 46. -5.0% Miami Dade School Bond 3/15/25 (X) | A | Interest | J | T | | | | | |
| 47. -5.0% University of MO Bond 11/1/25 (X) | A | Interest | J | T | | | | | |
| 48. -5.0% Atlanta GA Gen Rev Bond 1/1/26 (X) | A | Interest | J | T | | | | | |
| 49. -4.0% Illinois Sales Tax Bond 6/15/28 (X) | A | Interest | J | T | | | | | |
| 50. -5.0% Dallas FT Worth TX Bond 11/1/29 (X) | A | Interest | J | T | | | | | |
| 51. -5.0% Carnel IN Bond 7/15/30 (X) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -5.0% Truckee Meadows NV Water Bond 7/1/34 (X) | A | Interest | J | T | | | | | |
| 53.   -ABB Ltd (X) | A | Dividend | J | T | | | | | |
| 54.   -Abbot Labs | A | Dividend | K | T | | | | | |
| 55.   -Abbvie | A | Dividend | K | T | | | | | |
| 56.   -Allegion PLC (X) | A | Dividend | J | T | | | | | |
| 57.   -American Tower REIT (X) | A | Dividend | J | T | | | | | |
| 58.   -American Water Works (X) | A | Dividend | J | T | | | | | |
| 59.   -American Electric Power (X) | A | Dividend | J | T | | | | | |
| 60.   -Apple Inc (X) | A | Dividend | J | T | | | | | |
| 61.   -ASML Holdings (X) | A | Dividend | J | T | | | | | |
| 62.   -AstraZeneca PLC (X) | A | Dividend | J | T | | | | | |
| 63.   -A T & T (X) | A | Dividend | J | T | | | | | |
| 64.   -ADP (X) | A | Dividend | J | T | | | | | |
| 65.   -Baidu (X) | A | Dividend | J | T | | | | | |
| 66.   -BHP Group LTD (X) | A | Dividend | J | T | | | | | |
| 67.   -Blockrock Inc (X) | A | Dividend | J | T | | | | | |
| 68.   -BAT ADR (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Candian Natural Resources LTD (X) | A | Dividend | J | T | | | | | |
| 70.   -Carnival Corp (X) | A | Dividend | J | T | | | | | |
| 71.   -Chemex ADR (X) | A | Dividend | J | T | | | | | |
| 72.   -Chemours (X) | A | Dividend | J | T | | | | | |
| 73.   -China Pete Chem ADR (X) | A | Dividend | J | T | | | | | |
| 74.   -Chubb LTD (X) | A | Dividend | J | T | | | | | |
| 75.   -Citigroup (X) | A | Dividend | J | T | | | | | |
| 76.   -Citizens Financial Group (X) | A | Dividend | J | T | | | | | |
| 77.   -CME Group Inc (X) | A | Dividend | J | T | | | | | |
| 78.   -Coca Cola Com (X) | A | Dividend | J | T | | | | | |
| 79.   -Coca Cola European (X) | A | Dividend | J | T | | | | | |
| 80.   -Comcast Corp (X) | A | Dividend | J | T | | | | | |
| 81.   -ConAgra Foods | A | Dividend | J | T | | | | | |
| 82.   -COPA Holdings (X) | A | Dividend | J | T | | | | | |
| 83.   -Corteva Inc (X) | A | Dividend | J | T | | | | | |
| 84.   -Costco Wholesale (X) | A | Dividend | J | T | | | | | |
| 85.   -Credit Suisse GP SP ADR (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -CVS Health Corp (X) | A | Dividend | J | T | | | | | |
| 87. -Danaher Corp (X) | A | Dividend | J | T | | | | | |
| 88. -Diageo PLC (X) | A | Dividend | J | T | | | | | |
| 89. -Digital Realty (X) | A | Dividend | J | T | | | | | |
| 90. -Disney, Walt Co Common (X) | A | Dividend | J | T | | | | | |
| 91. -Dominion Energy Inc (X) | A | Dividend | J | T | | | | | |
| 92. -Dow Inc (X) | A | Dividend | J | T | | | | | |
| 93. -Dupont E.I. De Nemours | A | Dividend | J | T | | | | | |
| 94. -Echo Lab (X) | A | Dividend | J | T | | | | | |
| 95. -Emerson Electric (X) | A | Dividend | J | T | | | | | |
| 96. -Fedex Corp (X) | A | Dividend | J | T | | | | | |
| 97. -Garrett Motion Inc (X) | | None | J | T | | | | | |
| 98. -General Electric | A | Dividend | J | T | | | | | |
| 99. -Gildan Activewear (X) | A | Dividend | J | T | | | | | |
| 100. -GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |
| 101. -Grupo Televisa (X) | A | Dividend | J | T | | | | | |
| 102. -GW Pharmaceuticals (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Home Depot Inc (X) | A | Dividend | J | T | | | | | |
| 104.  -Honeywelll Intl (X) | A | Dividend | J | T | | | | | |
| 105.  -Humana Inc (X) | A | Dividend | J | T | | | | | |
| 106.  -ICICI Bank (X) | A | Dividend | J | T | | | | | |
| 107.  -ING GP NV (X) | A | Dividend | J | T | | | | | |
| 108.  -Ingersoll Rand PLC (X) | A | Dividend | J | T | | | | | |
| 109.  -Intel Corp (X) | A | Dividend | J | T | | | | | |
| 110.  -IBM Corp (X) | A | Dividend | J | T | | | | | |
| 111.  -JP Morgan Chase (X) | A | Dividend | J | T | | | | | |
| 112.  -Kimberly Clark (X) | A | Dividend | J | T | | | | | |
| 113.  -Kraft (The) Heinz (X) | A | Dividend | J | T | | | | | |
| 114.  -Lamb Western Holding Inc | A | Dividend | J | T | | | | | |
| 115.  -Lockheed Martin (X) | A | Dividend | J | T | | | | | |
| 116.  -Manulife Financial Corp (X) | A | Dividend | J | T | | | | | |
| 117.  -McDonalds Corp (X) | A | Dividend | J | T | | | | | |
| 118.  -Medtonic PLC (X) | A | Dividend | J | T | | | | | |
| 119.  -Melco Resorts (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Metlife Inc (X) | A | Dividend | J | T | | | | | |
| 121.  -Microsoft (X) | A | Dividend | J | T | | | | | |
| 122.  -Mitsubishi Financial Group Inc (X) | A | Dividend | J | T | | | | | |
| 123.  -Momdelez Inc (X) | A | Dividend | J | T | | | | | |
| 124.  -Netease.com Inc (X) | A | Dividend | J | T | | | | | |
| 125.  -Nextera Energy Inc (X) | A | Dividend | J | T | | | | | |
| 126.  -Occidental Pet Corp (X) | A | Dividend | J | T | | | | | |
| 127.  -Paccar Inc (X) | A | Dividend | J | T | | | | | |
| 128.  -Pampa Energia SA (X) | A | Dividend | J | T | | | | | |
| 129.  -Pfizer | B | Dividend | K | T | | | | | |
| 130.  -Phillip Morris Intl Inc (X) | A | Dividend | J | T | | | | | |
| 131.  -PPL Corp (X) | A | Dividend | J | T | | | | | |
| 132.  -Proctor & Gamble | A | Dividend | K | T | | | | | |
| 133.  -Prologis Inc (X) | A | Dividend | J | T | | | | | |
| 134.  -Prudential PLC (X) | A | Dividend | J | T | | | | | |
| 135.  -Resideo Tech (X) | A | Dividend | J | T | | | | | |
| 136.  -Royal Dutch Shell PLC (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Sanofi ADR (X) | A | Dividend | J | T | | | | | |
| 138. -SAP SE (X) | A | Dividend | J | T | | | | | |
| 139. -SK Telecom (X) | A | Dividend | J | T | | | | | |
| 140. -SONY Corp (X) | A | Dividend | J | T | | | | | |
| 141. -Takeda Pharmaceutical Co (X) | A | Dividend | J | T | | | | | |
| 142. -TC Energy Corp (X) | A | Dividend | J | T | | | | | |
| 143. -Texas Instruments (X) | A | Dividend | J | T | | | | | |
| 144. -Thermo Fisher Scientific Inc (X) | A | Dividend | J | T | | | | | |
| 145. -TD Bank (X) | A | Dividend | J | T | | | | | |
| 146. -Total SA (X) | A | Dividend | J | T | | | | | |
| 147. -Trip.com (X) | A | Dividend | J | T | | | | | |
| 148. -Union Pacific Corp (X) | A | Dividend | J | T | | | | | |
| 149. -Vale SA (X) | A | Dividend | J | T | | | | | |
| 150. -Ventas Inc (X) | A | Dividend | J | T | | | | | |
| 151. -Veon LTD (X) | A | Dividend | J | T | | | | | |
| 152. -Verizon Communications (X) | A | Dividend | J | T | | | | | |
| 153. -VISA Inc (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Wabtec (X) | A | Dividend | J | T | | | | | |
| 155. -Abbey Capital Futures (X) | A | Dividend | J | T | | | | | |
| 156. -AQR Diversified (X) | A | Dividend | J | T | | | | | |
| 157. -Blackrock Global Long (X) | A | Dividend | J | T | | | | | |
| 158. -Blackrock Strategic (X) | A | Dividend | J | T | | | | | |
| 159. -Boston Partners Long (X) | A | Dividend | J | T | | | | | |
| 160. -Brandywine Global (X) | | None | J | T | | | | | |
| 161. -Consumer Discretionary SPDR (X) | A | Dividend | J | T | | | | | |
| 162. -Driehaus Event Driven (X) | A | Dividend | J | T | | | | | |
| 163. -FPA Crescent Fund (X) | A | Dividend | J | T | | | | | |
| 164. -Gotham Neutral Fund (X) | | None | J | T | | | | | |
| 165. -Healthcare Select SPDR (X) | A | Dividend | J | T | | | | | |
| 166. -Invesco Emerging Markets (X) | A | Dividend | J | T | | | | | |
| 167. -Invesco Preferred ETF (X) | A | Dividend | J | T | | | | | |
| 168. -IShares MSCI (X) | B | Dividend | K | T | | | | | |
| 169. -IShares IBOXX (X) | A | Dividend | K | T | | | | | |
| 170. -IShares TIPS (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -IShares 3-7 Year (X) | A | Dividend | K | T | | | | | |
| 172.  -IShares MBS (X) | B | Dividend | K | T | | | | | |
| 173.  -IShares IBOX High Yield (X) | A | Dividend | J | T | | | | | |
| 174.  -IShares INC CORE MSCI (X) | A | Dividend | J | T | | | | | |
| 175.  -Neuberger Berman Long (X) | | None | J | T | | | | | |
| 176.  -Real Estate Select SPDR (X) | A | Dividend | J | T | | | | | |
| 177.  -Sector SPDR Consumer Stpl (X) | A | Dividend | K | T | | | | | |
| 178.  -Sector SPDR Energy (X) | A | Dividend | J | T | | | | | |
| 179.  -Sector SPDR Industrial (X) | A | Dividend | J | T | | | | | |
| 180.  -Sector SPDR Utilities (X) | A | Dividend | J | T | | | | | |
| 181.  -SPDR S&P Insurance (X) | A | Dividend | J | T | | | | | |
| 182.  -Vaneck Vectors (X) | A | Dividend | J | T | | | | | |
| 183.  -Vanguard Financials ETF (X) | A | Dividend | J | T | | | | | |
| 184.  -Vanguard Information Tech (X) | A | Dividend | J | T | | | | | |
| 185.  -Vanguard Communication (X) | A | Dividend | J | T | | | | | |
| 186.  -Vanguard Intermediate Bond Fund (X) | B | Dividend | K | T | | | | | |
| 187.  -Vangaurd Short Tern Bond Fund (X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Western Asset Macro | A | Dividend | J | T | | | | | |
| 189. | | | | | | | | | |
| 190.  Brokerage Account # 2 | | | | | | | | | |
| 191.  -Federated Capital Reserves Money Market Fund | C | Dividend | N | T | | | | | |
| 192.  -Linde PLC | A | Dividend | K | T | | | | | |
| 193.  -AT&T | B | Dividend | K | T | | | | | |
| 194.  -Abbott Labs | A | Dividend | K | T | | | | | |
| 195.  -Abbvie | B | Dividend | K | T | | | | | |
| 196.  -Alcoa Inc. | | None | J | T | | | | | |
| 197.  -Allstate Corp. | A | Dividend | K | T | | | | | |
| 198.  -American Airlines Group | A | Dividend | J | T | | | | | |
| 199.  -Amerisource Bergen | A | Dividend | J | T | | | | | |
| 200.  -Amgen Inc. | A | Dividend | K | T | | | | | |
| 201.  -Arconic Inc | A | Dividend | J | T | | | | | |
| 202.  -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 203.  -BT Group PLC ADT | A | Dividend | J | T | | | | | |
| 204.  -Boeing Co Com | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Boston Scientific Corp | | None | K | T | | | | | |
| 206.  CBS Corp CL B Com (Y) | | | | | | | | | |
| 207.  -Cigna Corp. | | None | | | Sold | 02/27/19 | L | E | |
| 208.  -Campbell Soup Co | A | Dividend | J | T | | | | | |
| 209.  -Caterpillar Inc. | B | Dividend | K | T | | | | | |
| 210.  -Charter Communications | | None | J | T | | | | | |
| 211.  -Chevron Corp New Com | A | Dividend | K | T | | | | | |
| 212.  -Cisco Systems, Inc | A | Dividend | J | T | | | | | |
| 213.  -Clorox Co Com | A | Dividend | K | T | | | | | |
| 214.  -Tapestry Inc | A | Dividend | J | T | | | | | |
| 215.  -Coca Cola Company | A | Dividend | J | T | | | | | |
| 216.  -Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 217.  -ConAgra Foods Inc. Com | A | Dividend | J | T | | | | | |
| 218.  -Conoco Phillips Com | A | Dividend | J | T | | | | | |
| 219.  -Corteva Inc Com (X) | A | Dividend | J | T | | | | | |
| 220.  -Disney Walt Co Disney Com | A | Dividend | K | T | | | | | |
| 221.  -Discover Finl Svsc Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Edgardo** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Dow Dupont, Inc (Y) | | | | | | | | | |
| 223. -Dow Inc Com (X) | A | Dividend | J | T | | | | | |
| 224. -Dupont De Nemours (X) | A | Dividend | J | T | | | | | |
| 225. -Eastman Chem Co Com | A | Dividend | J | T | | | | | |
| 226. -Exxon Mobil Corp Com | A | Dividend | J | T | | | | | |
| 227. -Ford Motor Co Del Com Par | A | Dividend | J | T | | | | | |
| 228. -Freeport McMoran Copper & Gold Inc. | A | Dividend | J | T | | | | | |
| 229. -Frontier Communications Corp | | None | J | T | | | | | |
| 230. -General Electric Co Com | A | Dividend | J | T | | | | | |
| 231. -GlaxoSmithKline PLC Spons ADR | A | Dividend | J | T | | | | | |
| 232. -Hanesbrands | A | Dividend | J | T | | | | | |
| 233. -Hershey Co Com | A | Dividend | K | T | | | | | |
| 234. -Ingredion Inc | A | Dividend | J | T | | | | | |
| 235. -Intel Corp Com | A | Dividend | K | T | | | | | |
| 236. -IBM Corp | A | Dividend | K | T | | | | | |
| 237. -International Paper Co | A | Dividend | J | T | | | | | |
| 238. -JP Morgan Chase & Co Com | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Kellogg Co | A | Dividend | J | T | | | | | |
| 240. -Lamb Weston Holdings, Inc | A | Dividend | J | T | | | | | |
| 241. -Merck & Co Inc. New Com | A | Dividend | J | T | | | | | |
| 242. -Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 243. -NCR Corp Com | | None | J | T | | | | | |
| 244. -Newell Bands Inc | A | Dividend | J | T | | | | | |
| 245. -News Corp CL A | A | Dividend | J | T | | | | | |
| 246. -OFG Bank Corp | A | Dividend | K | T | | | | | |
| 247. -Pepsico Inc. | A | Dividend | J | T | | | | | |
| 248. -Pfizer Inc. Com | B | Dividend | K | T | | | | | |
| 249. -Phillips 66 | A | Dividend | J | T | | | | | |
| 250. -Raytheon Co New Com | A | Dividend | K | T | | | | | |
| 251. -Smucker J M Co Com New | A | Dividend | J | T | | | | | |
| 252. -Target Corp | B | Dividend | L | T | | | | | |
| 253. -Teradata Corp Del Com | | None | J | T | | | | | |
| 254. -3M Co Com | A | Dividend | J | T | | | | | |
| 255. -Travelers Cos Inc. Com | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.   -Twenty-First Century Fox | | None | | | Sold | 03/19/19 | J | A | |
| 257.   -US Steel Corp | A | Dividend | J | T | | | | | |
| 258.   -Verizon Communications Com | A | Dividend | J | T | | | | | |
| 259.   -Viacom Inc. CL B Com (Y) | | | | | | | | | |
| 260.   -ViacomCBS Inc CL B (X) | A | Dividend | J | T | | | | | |
| 261.   -Vodaphone Group PLC Spon ADR New | A | Dividend | J | T | | | | | |
| 262.   -Yum Brands Inc. Com | A | Dividend | J | T | | | | | |
| 263.   -Yum China Holding, Inc Com | A | Dividend | J | T | | | | | |
| 264.   -Public Storage Com | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard U.S. Growth Fund UTMA Line 31-Investment indicated in prior year is owned by ▇▇▇▇▇▇▇▇

Investments indicated on the following line #'s 35-53, 56-80, 82-92, 94-97, 99, 101-113, 115-128, 130-131 and 133-187 transferred into Brokerage account #1 (Merrill) are related to various inherited investments.

Bank of America Accounts indicated on line # 4 is owned along with ▇▇▇▇▇▇▇. The account was used exclusively for the benefit the ▇▇▇ care prior to passing.

Dow Dupont Inc (line 225) was spun off on 6/1 as Corteva Inc ( line 222),
Dow Inc Com (line 226) and Dupont De Nemours (line 227).

Viacom (Line 262) and CBS Corp (Line 209) merged on 12/4/19 to form
ViacomCBS Inc CL B (line 263)

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Edgardo Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544